1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA 94104
   Telephone: (415) 392-5431
4  Facsimile: (415) 392-1978

5  Attorneys for Plaintiff

6

7                       UNITED STATES DISTRICT COURT
8
                        NORTHERN DISTRICT OF CALIFORNIA
9

10

11 NORTHWEST ADMINISTRATORS, INC.    )   NO. C 08 1685 JCS
                                     )
12              Plaintiff,           )   MOTION FOR ENTRY OF
                                     )   DEFAULT
13      vs.                          )
                                     )
14 RICHARD PINOCCI, an individual doing business as )
   ITALIAN FRENCH BAKING COMPANY and as )
15 ITALIAN FRENCH BAKING CO.         )
                                     )
16              Defendant.           )
                                     )
17 _____)

18

19      To the Clerk of the United States District Court for the Northern District of California:

20      You will please enter the default of defendant, RICHARD PINOCCI, an individual doing

21 business as ITALIAN FRENCH BAKING COMPANY and as ITALIAN FRENCH BAKING CO., for

22 failure to plead or otherwise move as provided by the Federal Rules of Civil Procedure, as appears from

23 the Declaration of Michael J. Carroll in Support of Entry of Default filed herewith.

24 Dated: June 23, 2008                          ERSKINE & TULLEY

25

26                                  By:   /s/ Michael J. Carroll
                                          MICHAEL J. CARROLL
27                                        Attorney for Plaintiff

28

**MOTION FOR ENTRY OF DEFAULT**                       1