ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431
Facsimile: (415) 392-1978

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. | NO. C 08 1685 JCS |
| Plaintiff, | PROPOSED NOTICE OF ENTRY OF DEFAULT |
| vs. | |
| RICHARD PINOCCI, an individual doing business as ITALIAN FRENCH BAKING COMPANY and as ITALIAN FRENCH BAKING CO. | |
| Defendant.. | |

IT IS HEREBY NOTICED that the default of defendant, RICHARD PINOCCI, an individual doing business as ITALIAN FRENCH BAKING COMPANY and as ITALIAN FRENCH BAKING CO., has been entered by the Clerk of the Court on _____.

Date:_____                    Richard W. Wieking, Clerk


                                         By: _____
                                              Deputy Clerk

**NOTICE OF ENTRY OF DEFAULT**                    1