1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (ST. BAR #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4  Facsimile:  (415) 392-1978

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 NORTHWEST ADMINISTRATORS, INC.    )    NO. C 08 1685 JCS
                                     )
13              Plaintiff,           )    PROPOSED NOTICE OF ENTRY
                                     )    OF DEFAULT
14       vs.                         )
                                     )
15 RICHARD PINOCCI, an individual doing business as)
   ITALIAN FRENCH BAKING COMPANY and as )
16 ITALIAN FRENCH BAKING CO.         )
                                     )
17              Defendant..          )
   _____   )

18

19       IT IS HEREBY NOTICED that the default of defendant, RICHARD PINOCCI, an

20 individual doing business as ITALIAN FRENCH BAKING COMPANY and as ITALIAN FRENCH

21 BAKING CO., has been entered by the Clerk of the Court on _____.

22 Date:_____              Richard W. Wieking, Clerk

23

24                                   By: _____
                                            Deputy Clerk
25

26

27

28

   **NOTICE OF ENTRY OF DEFAULT**           1