**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 25, 2008

RE: CV 08-01685 JCS    NORTHWEST ADMINISTRATORS-v- RICHARD PINOCCI

Default is entered as to **Defendant Richard Pinocci** on **June 25, 2008**.

RICHARD W. WIEKING, Clerk

*Gina Agustine*
by Gina Agustine-Rivas
Case Systems Administrator

NDC TR-4  Rev. 3/89