```
1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiff
5

6

7
                        UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10

11                                        )     NO.  C 08 1685 JCS
    NORTHWEST ADMINISTRATORS, INC.        )
12                                        )     EX PARTE APPLICATION FOR
                         Plaintiff,       )     ORDER TO CONTINUE CASE
13                                        )     MANAGEMENT CONFERENCE
                                          )
14           vs.                          )
                                          )
15   RICHARD PINOCCI, an individual doing )
     business as ITALIAN FRENCH BAKING    )
16   COMPANY and ITALIAN FRENCH BAKING    )
     CO.                                  )
17                                        )
                         Defendant.       )
18   _____)
```

19          Plaintiff, NORTHWEST ADMINISTRATORS, INC., hereby applies

20  ex parte for an order to continue the Case Management Conference from

21  July 25, 2008 to October 23, 2008.

22          This ex parte application is based upon the Declaration of

23  Attorney Michael J. Carroll filed herewith.

24  Dated:   July 22, 2008

25                                     Respectfully submitted,

26                                     ERSKINE & TULLEY

27                                     By:/s/ Michael J. Carroll
                                          Michael J. Carroll
28                                        Attorneys for Plaintiff