```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD PINOCCI, an individual doing ) <br> business as ITALIAN FRENCH BAKING ) <br> COMPANY and ITALIAN FRENCH BAKING ) <br> CO. ) <br> Defendant. ) <br> ) <br> _____ ) | NO.  C 08 1685 JCS <br><br> DECLARATION OF ATTORNEY MICHAEL J. CARROLL IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

I, MICHAEL J. CARROLL, certify:

1. I am an attorney with the law firm of Erskine & Tulley, A Professional Corporation, attorneys for plaintiff, NORTHWEST ADMINISTRATORS, INC., in this action. I am duly admitted to practice law in the United States District Court, Northern District of California. If called as a witness, I could and would competently testify as follows:

2. Service was accomplished upon the only party in this case on April 3, 2008. No responsive pleading was filed.

3. On June 25, 2008 the Court entered the default of

1  defendant.

2      4. Settlement discussions have resulted in payment plan
3  proposed by the defendant.  The Plaintiff wants to see if the promised
4  installment payments are made.

5      4.  It is requested that the Court continue the Case
6  Management Conference some ninety days hence to see if the entire
7  matter can be resolved by the parties.

8      5.  Good cause exists to grant plaintiff's request for a
9  continuance of the Case Management Conference currently set for July
10 25, 2008 to October October 23, 2008 to allow the parties time to
11 settle this case and avoid any unnecessary burden to the Court.

12     I declare under penalty of perjury that the foregoing is
13 true and correct to the best of my knowledge.

14     Executed on July 22, 2008 at San Francisco, California.

                                      /s/ Michael J. Carroll
                                      Michael J. Carroll

PROOF OF SERVICE BY MAIL

I, SHARON EASTMAN, the undersigned, hereby certify and declare under penalty of perjury that the following statement are true and correct:

4. I am a citizen of the United States and employed in City of San Francisco, California. I am over the age of eighteen years and not a party to the within above entitled action.

5. My business address is 220 Montgomery Street, Suite 303, San Francisco, CA, 94104.

6. On July 22, 2008 I served the within PLAINTIFF'S DECLARATION OF MICHAEL J. CARROLL REQUESTING THAT CASE MANAGEMENT CONFERENCE BE CONTINUED and ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE on the defendant in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States post office mail box at San Francisco, CA, addressed as follows:

Richard Pinocci, President
Italian French Baking Co.
P.O. Box 330160
San Francisco, CA 94133

I, SHARON EASTMAN, certify (or declare), under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2008 at San Francisco, CA.


　　　　　　　　　　　　　　　/s/Sharon Eastman
　　　　　　　　　　　　　　　Sharon Eastman

DECLARATION OF ATTY MICHAEL J. CARROLL IN SUPP OF PLNTFS' EX PARTE APPL FOR ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE            3