ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC., | ) | NO.  C 08 1685 JCS |
| | ) | |
| | ) | ORDER TO CONTINUE CASE |
| Plaintiffs, | ) | MANAGEMENT CONFERENCE |
| | ) | |
| vs. | ) | |
| | ) | |
| RICHARD PINOCCI, an individual doing | ) | |
| business as ITALIAN FRENCH BAKING | ) | |
| COMPANY and ITALIAN FRENCH BAKING | ) | |
| CO. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

        IT IS ORDERED that the Case Management Conference in this

case set for July 25, 2008 continued to October 23, 2008 at 1:30 p.m.

in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____

                                    _____
                                    Honorable Joseph C. Spero

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE