1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiff
5

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12 NORTHWEST ADMINISTRATORS, INC.,   )   NO.  C 08 1685 JCS
                                     )
13                                   )   ORDER TO CONTINUE CASE
                         Plaintiffs, )   MANAGEMENT CONFERENCE
14                                   )
        vs.                          )
15                                   )
   RICHARD PINOCCI, an individual doing)
16 business as ITALIAN FRENCH BAKING )
   COMPANY and ITALIAN FRENCH BAKING )
17 CO.                               )
                                     )
18                      Defendant.   )
   _____)
19

20        IT IS ORDERED that the Case Management Conference in this

21 case set for July 25, 2008 continued to October ~~23~~ 24, 2008 at 1:30 p.m.

22 in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA.

23 Dated: 7/23/08

24                                   _____
                                     Honorable Joseph C. Spero
25
                                     [STAMP: IT IS SO ORDERED AS MODIFIED
26                                    Judge Joseph C. Spero]

27

28


ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE